# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| The Boeing Company ) | ASBCA Nos. 60186, 60187 |
| ) | |
| Under Contract No. FA8106-04-C-0006 *et al.* ) | |

APPEARANCES FOR THE APPELLANT:  Andrew E. Shipley, Esq.
Seth H. Locke, Esq.
  Perkins Coie LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Douglas R. Jacobson, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Bloomington, MN

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60186, 60187, Appeals of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals